**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**PTD ENTERPRISES, LLC,** *et al.,*          :

:

     **Plaintiffs**          **CIVIL ACTION NO. 3:14-1860**

:

    **v.**          :

:          **(JUDGE MANNION)**

**HOSPITALITY TRADE PROGRAM,**
**LLC,** *et al.,*          :

    **Defendants**          :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to set aside the entry of default, (Doc. 16), is **GRANTED**;

**(2)** the default entered against all defendants, (Doc. 12), is set aside;

**(3)** the plaintiffs' motion for entry of default judgment and to set a hearing on damages, (Doc. 13), is **DENIED**;

**(4)** the motion for an extension of time of defendants Hospitality Trade Program, LLC, LHS Gulf Shores, Inc., Jay Patel, Naresh Patel, Philippe Gonzales, Alexander Gass, and Magnuson to file a reply brief, (Doc. 23), is **DENIED AS MOOT**; and

**(5)** all of the defendants are directed to respond to plaintiffs'

amended complaint, (Doc. 5), on or before **May 15, 2015**.


                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: April 24, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1860-01-Order.wpd